# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA | **AMENDED JUDGMENT IN A CRIMINAL CASE** |
|---|---|
| V. | (For Offenses Committed On or After November 1, 1987) |
| Alfredo FONSECA-GALLEGO | Case Number: 16CR2534-CEA |

DAVID L. BAKER, RET
Defendant's Attorney

**REGISTRATION NO.** 58643298

FILED
MAR 1 1 2019
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY                             DEPUTY

The Defendant:

☒ pleaded guilty to count(s)  1 OF THE SUPERSEDING INFORMATION

☐ was found guilty on count(s) _____
after a plea of not guilty.

Accordingly, the defendant is adjudged guilty of such count(s), which involve the following offense(s):

| Title & Section | Nature of Offense | Count Number(s) |
|---|---|---|
| 16:1538(d)(1) and 1540(b) | Unlawful Importation of Wildlife | 1 |

The defendant is sentenced is provided on page 2 of this judgment

☐ The defendant has been found not guilty on count(s) _____

☒ Count(s)  UNDERLYING COUNTS   are Dismissed without prejudice on the motion of the United States.

☒ Assessment : REMITTED ($10.00)

☒ No fine     ☐ Forfeiture pursuant to order filed _____, included herein.

IT IS ORDERED that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant shall notify the court and United States Attorney of any material change in the defendant's economic circumstances.

August 6, 2018
Date of Imposition of Sentence

_____ for Judge C. Averitte
HON. CLINTON E. AVERITTE
UNITED STATES MAGISTRATE JUDGE

BY: ANDREW G. SCHOPLER
U.S. MAGISTRATE JUDGE

16CR2534-CEA

AO 245B (CASD Rev. 08/14) Judgment in a Petty Criminal Case

| | | |
|---|---|---|
| DEFENDANT: | Alfredo FONSECA-GALLEGO | Judgment - Page **2** of **2** |
| CASE NUMBER: | 16CR2534-CEA | |

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a term of:
TIME SERVED

☐ Sentence imposed pursuant to Title 8 USC Section 1326(b).
☐ The court makes the following recommendations to the Bureau of Prisons:

☐ The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:
    ☐ at _____ A.M. on _____
    ☐ as notified by the United States Marshal.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:
    ☐ on or before
    ☐ as notified by the United States Marshal.
    ☐ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

Defendant delivered on _____ to _____

at _____, with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL

| | |
|---|---|
| DEFENDANT: Alfredo FONSECA-GALLEGO | Judgment - Page **3** of **3** |
| CASE NUMBER: 16CR2534-CEA | |

## RESTITUTION

The defendant shall pay restitution in the amount of   $1,000   unto the United States of America.

Pay schedule as follows: Restitution is to be paid forthwith by 2 weeks in the amount of $1,000

<u>Name of Payee:</u>

Procuraduria Federal de Proteccion al Ambiente Camino al Ajusco (PROFEPA)

The Court has determined that the defendant   does not   have the ability to pay interest. It is ordered that:

   The interest requirement is waived